BEFORE THE SECOND DIVISION, AUGUST 25, 1955

**No. 59264.**—Artmart Linen Co., Inc. *v.* United States, protest 253264–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of doilies similar in all material respects to those the subject of Abstract 58520, the claim of the plaintiff was sustained.